# ELECTRONIC RECORD

COA # 01-13-00901-CR          OFFENSE: 21.1 (Sex Abuse w/Child)

STYLE: Ignacio Martin Gonzalez v. The State of Texas          COUNTY: Harris

COA DISPOSITION: AFFIRM          TRIAL COURT: 184th District Court

DATE: 12/16/2014          Publish: YES    TC CASE #: 1377914

---

## IN THE COURT OF CRIMINAL APPEALS    104-15    105-15    106-15

STYLE: Ignacio Martin Gonzalez v. The State of Texas          CCA #: _____

___PRO SE___ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

___STRUCK___          JUDGE: _____

DATE: 06/10/2015          SIGNED: _____     PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____     DNP: _____

-----------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

___PRO SE___ PETITION

FOR DISCRETIONARY REVIEW

IS ___REFUSED___

DATE 09/16/2015

_____
JUDGE

**ELECTRONIC RECORD**